# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2311
_____

CHARITY NOELLE WOOD,

    Appellant,

    v.

JOHN POLISKNOWSKI, as the
Hospital Administrator of the
Florida State Hospital, and
SHEVAUN HARRIS, as Secretary
of the Department of Children
and Families,

    Appellees.

_____

On appeal from the Circuit Court for Gadsden County.
David Michael Frank, Judge.

November 13, 2024

PER CURIAM.

Appellant challenges the order transferring her petition for writ of habeas corpus to the committing court in Pinellas County. Appellant's initial brief, amended initial brief, second amended initial brief, and third initial brief do not comply with any of the requirements for the contents of an initial brief under rule 9.210(b), Florida Rules of Appellate Procedure. In addition, Appellant demonstrates no preliminary basis for reversal of the Gadsden County circuit court's order transferring the petition for

filing in Appellant's felony case in Pinellas County, Case No. 2022 CF 005106. Only the committing court has jurisdiction to determine a petition for habeas corpus challenging the legality of an involuntary commitment. § 916.16, Fla. Stat.; *Lewis v. James*, 88 So. 3d 381, 381 (Fla. 1st DCA 2012); *Franklin v. Kearney*, 814 So. 2d 462, 463 (Fla. 4th DCA 2001).

The order transferring the petition is summarily AFFIRMED. Fla. R. App. P. 9.315(a).

OSTERHAUS, C.J., and BILBREY and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Charity Noelle Wood, pro se, Appellant.

Ashley Moody, Attorney General, and Anthony D. Johnson, Assistant Attorney General, Tallahassee, for Appellees.